AO 91 (Rev. 11/11)  Criminal Complaint

**United States District Court**
~~Southern District Of Texas~~

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

FILED
OCT 17 2019
David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Miguel Angel ALFARO-Aguilar, YOB: 1979, MEX<br><br>Defendant(s) | Case No. M-19-2523-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 16, 2019__ in the county of __Hidalgo, Texas__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 846, 841 (a)(1) | Knowingly and Intentionally possess with Intent to Distribute approximately 40.25 kilograms of Methampetamine, a Schedule II Controlled Substance. |
| | Knowingly and Intentionally Conspire to possess with Intent to Distribute approximately 40.25 kilograms of Methampetamine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:
See Attachment "A".

☑ Continued on the attached sheet.

Approved by AUSA S. DIPIAZZA 10/17/19

Sworn to before me and signed in my presence.

Date: __10/17/2019__

City and state: __McAllen, Texas__

_Complainant's signature_
DEA TFO Shane S. Salas
_Printed name and title_

_Judge's signature_
US Magistrate Judge J. Scott Hacker
_Printed name and title_

# ATTACHMENT A

On October 16, 2019, Alfaro Aguilar entered the United States in a maroon tractor-bearing Mexico plates 482EX8 and trailer bearing Mexico plates 38TZ6R. The tractor was referred to secondary area for further inspection where CBP officers conducted an x-ray of the tractor-trailer. CBP officers then ran a K9 around the tractor trailer and the K9 alerted a positive alert for the presence of narcotics. CBP Officers conducted a more thorough inspection which resulted in the discovery of 17 bundles of suspected methamphetamine inside of the spare tire which was located in the under carriage portion tractor trailer. The bundles were field tested and tested positive for the presence of methamphetamine.

DEA Agents responded to the Pharr Port of Entry and advised Alfaro Aguilar of his Miranda Rights. Alfaro Aguilar waived his rights and agreed to speak with agents. Upon interview, Alfaro Aguilar stated that he was advised by co-conspirator to transport the suspected methamphetamine into the United States and was waiting on further instructions as to where to deliver the narcotics.